UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:21-CR-130-KHJ-ASH (3)

ANDREW GRANT

ORDER

On motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice Counts 2, 3, and 4 of the Indictment in Criminal No. 3:21-cr-130-KHJ-ASH (3) against the Defendant, ANDREW GRANT, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Counts 2, 3, and 4 of the Indictment in Criminal No. 3:21-cr-130-KHJ-ASH (3) against the Defendant, ANDREW GRANT, are hereby dismissed without prejudice.

This the 15th day of January 2026.

/s/ Krist H. Johnson
UNITED STATES DISTRICT JUDGE